

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**JOSEPH P. ZANGRILLI**
*Assistant Corporation Counsel*
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov

September 11, 2017

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Terrell Summers v. City of New York et al.
       16-cv-7104 (NGG)(VMS)

Your Honor:

The parties in the above-referenced action respectfully submit this joint letter pursuant to You Honor's Order dated July 18, 2017.

Since the last conference the parties have continued to engage in settlement discussions. In addition, the parties are determining a date on which to conduct plaintiff's deposition, should settlement discussions ultimately prove unsuccessful.

Respectfully submitted,

_____/s/_____                              _____/s/_____

Robert Marinelli                                                        Joseph Zangrilli
*Counsel for the Plaintiff*                                      *Counsel for the Defendants*