# ROBERT MARINELLI
### ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

November 2, 2017

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Terrell Summers. v. City of New York, et al.*, 16 CV 7104 (NGG)(VMS)

Your Honor:

    I am attorney for plaintiff and write jointly with defense counsel to request an extension from November 3, 2017 until January 6, 2018 to complete discovery. This extension is required due to both the holiday season and the upcoming nuptials of both counsels.

    The parties have delayed depositions with the hope of a pre-deposition settlement. The parties are continuing discussions and are confident this case will resolve, however, we are going forward with depositions in the unlikely event we are unable to come to terms. Plaintiff's deposition is scheduled for November 15.

    Plaintiff thanks Your Honor for consideration of his request and apologizes for the late hour of this request.

    Yours truly,

    /s

    Robert Marinelli